**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| CYNTHIA BLACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv00863 |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendant, Liberty Life Assurance Company of Boston ("Liberty Life") hereby removes the Petition filed by Plaintiff Cynthia Black ("Plaintiff") in the 342nd District Court of Tarrant County, Texas as follows:

**FACTUAL BACKGROUND**

On September 10, 2018, Plaintiff filed a petition in an action entitled *Cynthia Black v. Liberty Life Assurance Company of Boston*, in the 342nd District Court of Tarrant County, Texas; Case No. 342-302737-18 (the "State Action"). Liberty Life was served with process in the State Action on October 1, 2018, and this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). Liberty Life has not served any answer or responsive pleading to the Petition, nor made any appearance or argument before the State Court.

**GROUNDS FOR REMOVAL**

This action is removed to this Court pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship and the amount in controversy is more than $75,000, rendering this action under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332 and removable to this Court under 28 U.S.C. § 1441. Specifically, Liberty Life is incorporated in New Hampshire and

has its principal place of business in Radnor, Pennsylvania. Plaintiff, as alleged in the Petition, is a resident of Texas,[1] and is asserting claims in excess of $75,000[2] by her Petition.

As an alternative grounds for removal, removal to this Court is proper pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States, specifically, the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq. ERISA applies to any "employee benefit plan" if the plan is established or maintained by an employer or employee organization engaged in commerce or in any industry or activity affecting commerce. 29 U.S.C. § 1003. An "employee benefit plan" is defined as an employee welfare benefit plan or an employee pension benefit plan. 29 U.S.C. § 1002(3). A plan is a welfare benefit plan if it "was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, . . . benefits in the event of sickness, accident, disability, death or unemployment." 29 U.S.C. § 1002(1) (references to other types of employer-provided benefits qualifying as ERISA plans omitted) (emphasis added).

By the State Action, Plaintiff is seeking to recover disability benefits (along with other damages) from an ERISA disability benefits plan, in which she was a participant by virtue of her employment with CHRISTUS Health.[3] This disability plan is an "employee welfare benefit plan" as that term is defined in 29 U.S.C. § 1002(1) of the Employee Retirement Income Security Act, as ("ERISA"). The benefits sought by Plaintiff in the State Action are sought from this ERISA plan. Therefore, this plan and an action for benefits under the plan is governed by ERISA. The Court's analysis of Plaintiff's causes of action will necessarily require interpretation of this ERISA plan. Because the preemptive force of ERISA is so powerful that it completely displaces any state law cause of action, Plaintiff's causes of action will be "recharacterized" as a federal claim under

---

[1] Complaint at ¶ 4.
[2] Petition at ¶ 3
[3] Petition at ¶ 22

ERISA. Plaintiff's causes of action in the State Action are completely preempted by 29 U.S.C. § 1132(a)(1)(B). *Metropolitan Life Ins. Co. v. Massachusetts*, 471 U.S. 724 (1985); *Pilot Life Ins. Co. v. Dedeoux*, 481 U.S. 41 (1987); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Accordingly, removal to this Court is also proper pursuant to 28 U.S.C. § 1441(a) as it is under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

True and correct copies of Plaintiff's Original Petition, any other pleadings or orders on file in this action, and all process and pleadings in the State Action, including the docket sheet, are attached hereto as Exhibits A and B.

Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing Notice of Removal with the Court in the State Action (Exhibit "C").

The following is a list of counsel of record:

Iwana Rademaekers
State Bar of Texas No. 16452560
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456
Email: iwana@rademaekerslaw.com

***Counsel for Defendant Liberty Life Assurance Company of Boston***

Mark S. Humphreys
State Bar of Texas No. 00789762
Mark S. Humphreys, P.C.
702 Dalworth Street
Grand Prairie, Texas 75050
PH: (972) 263-3722
FX: (972) 237-1690
Email: texaslaw94@yahoo.com

***Counsel for Plaintiff Cynthia Black***

Dated this 22nd day of October 2018.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Pleading was forwarded by US Priority Mail, delivery confirmation requested, on the 22nd day of October 2018 to the following Party:

***Counsel for Plaintiff Cynthia Black***
Mark S. Humphreys, Esq.
Mark S. Humphreys, P.C.
702 Dalworth Street
Grand Prairie, Texas 75050

/ s/ Iwana Rademaekers
Iwana Rademaekers

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| CYNTHIA BLACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv00863 |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S INDEX OF DOCUMENTS FOR REMOVAL**

Exhibit A Documents served or filed in the state court action:

- Plaintiff's Petition
- Citation

Exhibit B State Court Register of Actions

Exhibit C State Court Notice of Filing Notice of Removal of Petition to Federal Court