prnttrim647955
TARRANT COUNTY DISTRICT CLERK'S OFFICE
ALL IMAGED TRANSACTIONS FOR A CASE

Page: 1
Date: 10/17/2018
Time: 14:45

Cause Number: 342-302737-18 Date Filed: 09/10/2018

CYNTHIA BLACK vs LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Cause of Action: CONTRACT, CONSUMER/DTPA
Case Status....: PENDING

| Filemark | Description | | Fee Total |
|---|---|---|---|
| 09/10/2018 | PLTF'S ORIG PET | NI | 289.00 |
| 09/10/2018 | CIVIL INFO SHEET | I | 0.00 |
| 09/10/2018 | CIT-ISSUED ON LIBERTY LIFE ASSURANCE COMPANY OF | NUI | 8.00 |
| 10/17/2018 | LTR-COPY REQ | I | 0.00 |

Total Number Of Records Printed: 4

EXHIBIT

B

# Civil Docket

**Discovery: 2**

**342-302737-18**

Cause Of Action: CONTRACT, CONSUMER/DTPA

| | NAMES OF PARTIES | ATTORNEYS |
|---|---|---|
| Date Filed<br>09/10/2018 | CYNTHIA BLACK | HUMPHREYS, MARK S<br>702 DALWORTH ST<br><br>GRAND PRAIRIE, TX 75050<br>BarID: 00789762TX Ph (972)263-3722 PLTF<br>Fax Ph (972)237-1690<br>MARK S HUMPHREYS PC<br>TEXASLAW94@YAHOO.COM |
| Jury<br>Fee $ | vs. | |
| Paid<br>By | LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON | |
| | | |

| Date of Orders | ORDERS OF COURT | Was Steno Used? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |