CAUSE NO. 342-302737-18

| | | |
|---|---|---|
| CYNTHIA BLACK | § | IN THE 239TH JUDICIAL |
| | § | |
| Plaintiff, | § | |
| | § | DISTRICT COURT OF |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendant Liberty Life Assurance Company of Boston, hereby gives notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the Northern District of Texas. A copy of Defendant's Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "A."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. *See* 28 U.S.C. § 1446(d).

Respectfully submitted this 22nd day of October 2018.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** was forwarded by US Priority Mail, delivery confirmation requested, on the 22nd day of October 2018 to the following counsel of record:

***Counsel for Plaintiff Cynthia Black***
Mark S. Humphreys
Mark S. Humphreys, P.C.
702 Dalworth Street
Grand Prairie, Texas 75050
Email: texaslaw94@yahoo.com

_/s/ Iwana Rademaekers_________________________
Iwana Rademaekers