UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Cynthia Black | § | |
| | § | |
| vs. | § | Case 4:18-cv-863-O |
| | § | |
| Liberty Life Assurance Company of Boston | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to L.R. 3.1, Plaintiff **Cynthia Black** file this Certificate of Interested Persons as follows:

**Plaintiff:** **Cynthia Black**

**Plaintiff's Attorney:** **Mark S. Humphreys**
MARK S. HUMPHREYS, P.C.

**Defendant:** **Liberty Life Assurance Company of Boston**

Signed on October 30, 2018.

Respectfully Submitted

/s/ Mark S. Humphreys
BY: Mark S. Humphreys - SBN 00789762

**MARK S. HUMPHREYS, P.C.**
702 Dalworth Street, Grand Prairie, Texas 75050
METRO: (972) 263-3722 Fax: (972) 237-1690
Email: texaslaw94@yahoo.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE:** On October 30, 2018, by my signature above, I certify that this document was electronically filed with the Court and sent all known parties.