UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Cynthia Black | § | |
| | § | |
| vs. | § | Case 4:18-cv-863-O |
| | § | |
| Liberty Life Assurance Company of Boston | § | |

**PLAINTIFF'S INITIAL DISCLOSURES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to F.R.C.P. 26(a)(1), Plaintiff **Cynthia Black** makes these Initial Disclosures as follows:

A. **Identity of persons with knowledge of discoverable information**

| **Title** | **Name** | **Knowledge of** |
|---|---|---|
| Plaintiffs | **Cynthia Black** | Facts in underlying cause of actions, Damages, etc. |
| Plaintiff's Attorney | Mark S. Humphreys<br>Mark S. Humphreys, P.C.<br><br>702 Dalworth Street, Grand Prairie, TX 75050<br>Office # 972-263-3722 Fax # 972-237-1690 | Attorney fees including thru all appeal levels |
| Defendant | **Liberty Life Assurance Company of Boston** | Damages, Claim, etc. |
| Defendant's Attorney | Iwana Rademaekers<br>Law Office of Iwana Rademaekers<br>14785 Preston Road, Suite 550, Dallas, TX 75254<br>Office # 214-579-9319 Fax #469-444-6456 | Claim, etc. |

| | | |
|---|---|---|
| Defendant's representatives and/or agents | Claims representative, adjuster, Agents, employees, investigators etc., including but not limited to:<br><br>Charles Johnson – Appeal Review Consultant<br>Jeronda King – Disability Claims Tech Specialist<br>888-437-7611 Ext. 16398<br>P.O. Box 7213, London, KY 40472<br><br>Erica Plaza, Life Claims Examiner II<br>888-787-2129 Ext. 14000<br>P.O. Box 7212, London, KY 40472<br><br>Danielle Alford – Senior Long Term Disability Case Manager III 800-291-0112 Ext 14169<br>P.O. Box 7207, London, KY 40472 | Application, Policy, Claim, Benefits, damages, records etc. |
| Plaintiff's medical provider | Dr. Don Excarzega Phan<br>Texas Pain Specialist, 1119 W. Randol Mill Rd.,<br>Suite 100, Arlington, TX 76012 – Office # 817-860-2700 | Diagnosed disability |

B. **<u>Documents</u>**

1. Denial letter

2. Insurance Contract / Policy

3. Claim File including appeal file

C. **<u>Computation of Damages</u>**

1. Actual contract Damages … up to the limits due under the policy / contract

2. Breach of contract damages

3. Attorney fees, including all fees thru any and all appeals

D. **<u>Insurance Policies</u>**

None other than the subject policies of Defendant.

\ SIGNED on November 13, 2018.

Respectfully submitted,

/s/ Mark S. Humphreys
BY: Mark S. Humphreys - SBOT #00789762

MARK S. HUMPHREYS, P.C.
702 Dalworth Street, Grand Prairie, Texas 75050
Tel. (972) 263-3722 * Fax. (972) 237-1690
Email: texaslaw94@yahoo.com
**Attorney for Plaintiff**

**Certificate of Service:** On this November 13, 2018, by my signature above, I certify that this document was electronically filed with the Court and sent all known parties.