UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Cynthia Black | § | |
| | § | |
| vs. | § | Case 4:18-cv-863-O |
| | § | |
| Liberty Life Assurance Company of Boston | § | |

**PLAINTIFF'S DESIGNATION OF EXPERTS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **Cynthia Black,** Plaintiff hereinafter, and in accordance with the Court's Order and Rule 26(a)(2) of the Federal Rules of Civil Procedure, serves this Designation of Experts, as follows:

**I.** Identity of Testifying Experts: Plaintiff may use the following persons at trial to present evidence under Federal Rule of Evidence 701, 702, 703, or 705.

**Mark S. Humphreys**
MARK S. HUMPHREYS, P.C.
702 Dalworth, Grand Prairie, TX 75050, 972-263-3722

**II.** Retained Expert: Plaintiff has retained attorney Mark S. Humphreys to provide expert testimony with regards to attorney fees. Mr. Humphreys is not required to provide a written report. Without limiting testimony …

*a.* *As to attorney's fees:* Mr. Humphreys will provide expert testimony as it relates to attorney's fees. Without limiting the testimony, Mr. Humphreys will testify as to the reasonableness and necessity of the attorney fees incurred in connection with this cause of action, including the rates and standards for attorneys' fees and other litigation costs and expenses in the relevant legal market for causes of similar complexity. He is of the opinion that all fees incurred by **Plaintiff** in prosecution and defense of this cause of action are reasonable and necessary. Further and without limiting the testimony, such testimony will may include the reasonableness and necessity of any past, present, and future attorney fees, services rendered and charges, etc.

b. As to the facts, mental impressions and opinions of the expert: Mr. Humphreys' mental impressions and opinions as to the reasonable, necessary, usual and customary legal fees and expenses will be based on his experiences, knowledge of the work performed in tis matter and other factors. Mr. Humphreys may also provide rebuttal testimony to any options expressed by others with respect to attorneys' fees.

c. Any exhibits that will be used to summarize or support the opinions are on-going attorney fees.

d. The resume of Mark S. Humphreys is attached herein as **Exhibit A** and incorporated as if verbatim.

e. There are no publications authored by the expert.

f. There are no other cases in which the expert has testified as an expert at trial or by deposition.

g. As to Compensation, none other than attorney fees.

**III**. Plaintiff reserves the right to supplement this designation further within the time limitations imposed by the Court and/or by any alterations of same by subsequent Court order and/or agreement of the parties pursuant to Federal Rules of Civil Procedure and/or Federal Rules of Civil Procedure.

**IV.** Plaintiff reserves the right to withdraw the designation of any expert witness and to aver positively that such previously designated expert will not be called as an expert witness at trial and to re-designate same as a consulting designated expert, who cannot be called by opposing counsel.

**V.** Plaintiff reserves the right to elicit by cross-examination the opinion testimony of experts designated and called by other parties to this suit.

**VI.** Plaintiff reserves the right to call undesignated experts witnesses in rebuttal, whose identities and testimony cannot reasonably be foreseen until Defendant has presented their evidence at trial.

**VII.** Plaintiff reserves the right to elicit any expert testimony and/or a lay opinion testimony that would assist the jury in determining material issues of fact and that would not violate the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

**VIII.** Plaintiff hereby designate and may call to testify as adverse witnesses any and all Defendants hereto and any and all expert witnesses designated by any Defendant, whether or not such Defendant is still a party hereto at the time of trial.

Signed December 26, 2018.

Respectfully submitted,

/s/ Mark S. Humphreys

BY: Mark S. Humphreys - SBN #00789762

**MARK S. HUMPHREYS, P.C.**
702 Dalworth Street, Grand Prairie, TX 75050
Tel. (972) 263-3722 Fax. (972) 237-1690
Email: texaslaw94@yahoo.com
**Attorney for Plaintiff**

**Certificate of Service:** On this December 26, 2018, by my signature above, I certify that this document was electronically filed with the Court and sent all known parties.