# EXHIBIT

# A

# Mark S. Humphreys

702 Dalworth Street
Grand Prairie, Texas 75050

**Texas State Bar Number** 00789762
**Licensed since** May 1994

**Education**

| | |
|---|---|
| 1972 | High School Diploma |
| 1977 | BS in Criminal Justice |
| 1994 | Law Degree |

**Areas of PracticeWork History**

Personal Injury

Bad Faith Insurance / Deceptive Trade Practice Act

Criminal

Have tried over 80 personal injury lawsuits in front of a Jury.

Have tried over 50 criminal cases in front of a Jury.

Have tried numberous cases to the Judge.

**Memberships**

Texas Trial Lawyers Association

Tarrant County Criminal Defense Lawyers Association

Tarrant County Bar Association

Grand Prairie Bar Association