**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| CYNTHIA BLACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv00863 |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S DESIGNATION OF EXPERT WITNESSES IN CHIEF AND EXPERT REPORTS**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Designation of Expert Witnesses in Chief and Expert Reports pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Scheduling Order entered by the Court in the above-styled matter on November 26, 2018.

*A. EXPERT WITNESSES*

Defendant designates Iwana Rademaekers as an expert witness for its case-in-chief on the issue of reasonable attorneys' fees in this matter. (See Martindale-Hubbell profile, attached)

*B. EXPERT REPORTS*

Given the uncertainties of litigation and the nature of the issues upon which this expert witness will testify, it is not possible for this witness to prepare an expert report concerning the reasonable attorneys' fees required to defend or prosecute this matter until nearer to the time of the conclusion of this matter. The witness will testify regarding a reasonable and necessary hourly rate for the attorneys' fees in this matter.

C. Defendant reserves the right to supplement this designation within the time limits imposed by the Court and/or pursuant to Federal Rules of Civil Procedure. Defendant also reserves the right to call any expert witnesses listed by Plaintiff in Plaintiff's Designation of Experts and/or any amendments or supplements thereto as well as any necessary impeachment and/or rebuttal witnesses.

DATED this 28th day of December 2018.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Mark S. Humphreys
Email: texaslaw94@yahoo.com

December 28, 2018 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers