**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| CYNTHIA BLACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv00863 |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After considering the Joint Stipulation For Dismissal With Prejudice of any and all claims against Defendant, the Court **ORDERS** that this action be and hereby is dismissed with prejudice and that all costs are taxed against the party that incurred them.

**SIGNED** this ______ day of ___________________, 2019.

______________________________________
UNITED STATES DISTRICT JUDGE